ANNIE KEALOHA AND KEONI WILLIAMS *v.* WILLIAM R. CASTLE, TRUSTEE..

ERROR TO THE CIRCUIT JUDGE OF THE FIRST CIRCUIT.

SUBMITTED MARCH 12, 1906.     DECIDED MARCH 15, 1906.

FREAR, C.J., HARTWELL AND WILDER, JJ.

Decision in this, ante p. 45, affirmed on error.

OPINION OF THE COURT BY HARTWELL, J.

All the matters presented in the assignment of errors were passed upon by this court, ante p. 45, on the question reserved by the circuit judge, whether the defendant's demurrer should be sustained. The circuit judge having been advised by us that the demurrer ought to be sustained a decree was made by him accordingly, to which the plaintiffs bring this writ of error in order to obtain the final judgment of this court, which is that the decree is affirmed.

*Smith & Lewis* and *T. M. Harrison* for plaintiffs in error.
*Castle & Withington* and *A. G. M. Robertson* for defendant in error.